

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00422-CV

KELLY THOMAS                                                          APPELLANT

V.

CARL PUGLIESE; SETH JOHNS,                                           APPELLEES
CMO OF CARL'S HANDYMAN;
AND CULPEPPER PLUMBING &
AIR CONDITIONING, INC.

------------

## FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY
### TRIAL COURT NO. CV-2016-01764

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's motion to dismiss. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: BIRDWELL, J.; SUDDERTH, C.J.; and WALKER, J.

DELIVERED: December 28, 2017

---

[1]*See* Tex. R. App. P. 47.4.